

# NUMBER 13-18-00213-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

CARLOS ELIZONDO, Appellant,

v.

THE STATE OF TEXAS, Appellee.

## On appeal from the 107th District Court
of Cameron County, Texas.

## MEMORANDUM OPINION

### Before Justices Contreras, Longoria, and Hinojosa
### Memorandum Opinion by Justice Contreras

This appeal was abated by this Court on June 25, 2018 because a clerk's record had not been filed. Appellant, Carlos Elizondo, by and through his attorney, has filed an amended motion to dismiss his appeal because he no longer desires to prosecute it. *See* TEX. R. APP. P. 42.2(a). Accordingly, this case is hereby REINSTATED. Without

passing on the merits of the case, we grant the motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.2(a) and dismiss the appeal. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

DORI CONTRERAS
Justice

Do not publish.
*See* TEX. R. APP. P. 47.2(b).

Delivered and filed the
29th day of August, 2018.